# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TERI GAYLE PFEIFFER**                                                  **PLAINTIFF**

**V.**                              **4:14-CV-00230-BRW-JTR**

**CAROLYN W. COLVIN, ACTING COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                        **DEFENDANT**

## ORDER ACCEPTING RECOMMENDED DISPOSITION

The Court has received proposed findings and recommendations (Doc. No. 18) from United States Magistrate Judge Joe Thomas Ray. No objections have been filed and the time for doing so has passed.

After a review of the findings and recommendations, as well as a *de novo* review of the record, the findings and recommendations are approved and adopted as this Court's findings in all respects in their entirety.

Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 28th day of July, 2015.

                                             /s/ Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE